fore served, within five days from the service of a copy of the order to be entered hereon, with notice of entry upon the attorneys for the plaintiffs. As so modified, the order appealed from should be affirmed, without costs.

---

SLADE et al. v. BENNETT et al. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Appeal from Special Term, New York County. Action by Howard Slade and another against Elbert A. Bennett and another. From an order granting the motion of defendant Bennett, and striking out parts of the supplemental complaint as irrelevant, plaintiffs appeal. Modified and affirmed. See, also, 132 App. Div. 927, 117 N. Y. Supp. 1147, and 133 App. Div. 666, 118 N. Y. Supp. 278. Charles L. Craig, for appellants. Joseph M. Hartfield, for respondent.

PER CURIAM. The order should be modified, by providing that paragraphs 1 to 21, both inclusive, paragraphs 24 to 31, both inclusive, and paragraphs 34 to 51, both inclusive, of the supplemental complaint, be stricken out as irrelevant; and the order should be further modified, so as to provide that the plaintiffs may serve upon the defendant a supplemental complaint, containing paragraphs 22, 23, 32, 33, 52, and 53 of the amended complaint heretofore served, within five days from service of a copy of the order to be entered hereon, with notice of entry upon the attorneys for the plaintiffs. As so modified, the order appealed from should be affirmed, without costs.

---

SLAVIN, Respondent, v. McGUIRE et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by James S. Slavin against John G. McGuire and others, as Municipal Civil Service Commissioners, etc. No opinion. Appeal withdrawn in open court.

---

SMITH v. KIELEY et al. (Supreme Court, Appellate Division, Second Department. March 11, 1910.) Action by Mary C. Smith against Timothy F. Kieley and others. No opinion. Judgment and order of the County Court of Queens County affirmed, with costs.

---

SMITH, Respondent, v. STOKES et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by De Witt Smith against Thomas W. Stokes and another. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 133 App. Div. 926, 117 N. Y. Supp. 1147.

---

SMYTH v. LICHTENSTEIN (two cases). (Supreme Court, Appellate Division, First Department. March 18, 1910.) Actions by Marguerite Smyth, an infant, etc., against Isaac Lichtenstein. No opinions. Motions granted. Orders filed. See, also, 122 N. Y. Supp. 74.

In re SOUTH SHORE TRACTION C[O] (Supreme Court, Appellate Division, Second De[partment]. April 22, 1910.) In the matter [of] the application of the South Shore Tractio[n] Company for the appointment of three com[missioners] to determine whether that portio[n] of its proposed railroad located upon Hoffma[n] Boulevard, Borough of Queens, City of Ne[w] York, ought to be constructed. No opinio[n] Motion granted, and the following are appoin[t]ed commissioners: Paul Grout, Esq., Morri[s] U. Ely, Esq., and Bert L. Rich, Esq.

---

SPEILISSY, Respondent, v. VEXLER et a[l] Appellants. (Supreme Court, Appellate Div[i]sion, First Department. April 8, 1910.) A[c]tion by Dennis A. Speilissy, as receiver, again[st] Abraham, Vexler and others. C. A. Rosentha[l] for appellants. L. Dashew, for responden[t] No opinion. Order affirmed, with $10 cost[s] and disbursements. Order filed.

---

SPIERS, Appellant, v. POKRESS et al., R[e]spondents. (Supreme Court, Appellate Div[i]sion, First Department. April 8, 1910.) A[c]tion by Charles H. Spiers against Morris P[o]kress and others. R. L. Weaver, for appellan[t] S. P. Friedman, for respondents. No opinio[n] Order affirmed, with $10 costs and disburs[e]ments. Order filed.

---

SPIRO, Appellant, v. RUBENSTEIN et a[l] Respondents. (Supreme Court, Appellate D[i]vision, Second Department. April 22, 1910[.] Action by Nathaniel Spiro against Isido[r] Rubenstein and Max Wapnik, copartners, et[c.] No opinion. Order of the Municipal Cou[rt] affirmed, with $10 costs and disbursements.

---

STAIGER, Respondent, v. KLITZ et al., A[p]pellants. (Supreme Court, Appellate Divisio[n] Second Department. April 22, 1910.) Actio[n] by Christopher Staiger against Robert H. Kli[tz] and another. No opinion. Motion for leav[e] to appeal to the Court of Appeals denied. Se[e] also, 122 N. Y. Supp. 107.

---

STATE, Respondent, v. COURTNEY, A[p]pellant. (Supreme Court, Appellate Divisio[n] Third Department. May 4, 1910.) Action [by] the State of New York against William [N.] Courtney. No opinion. Order affirmed, wit[h] costs.

---

STATE BOARD OF PHARMACY, Respond[ent], v. BALZHISER, Appellant. (Suprem[e] Court, Appellate Division, Second Departmen[t.] April 22, 1910.) Action by the State Boar[d] of Pharmacy against Harry Balzhiser. N[o] opinion. Judgment of the Municipal Court a[f]firmed, with costs.

---

STEEN, Respondent, v. LANDSNESS, A[p]pellant. (Supreme Court, Appellate Divisio[n] Second Department. April 22, 1910.) Actio[n]

Jacob A. E. Steen against Ole Landsness. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

STEIN GRAY DRUG CO., Appellant, v. MICHELSEN CO., Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by the Stein Gray Drug Company against H. Michelsen Company. C. M. Williams, for appellant. A. G. Stiles, for respondent. No opinion. Determination affirmed, with costs. Order filed. See, also, 134 App. Div. 969, 119 N. Y. Supp. 1145.

---

STEWART, Respondent, v. D'ONOFRIO, appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by John M. Stewart, an infant, etc., against Fortunato D'Onofrio. P. M. Abrahams, for appellant. M. S. Bevins, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 120 N. Y. Supp. 1147.

---

STEWART, Respondent, v. D'ONOFRIO, appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Oscar Stewart against Fortunato D'Onofrio. P. M. Abrahams, for appellant. M. S. Bevins, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 120 N. Y. Supp. 1147.

---

STEWART v. D'ONOFRIO (two cases). Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by John M. Stewart, an infant, and by Oscar Stewart against Fortunato D'Onofrio. No opinions. Motions denied. Orders filed. See, also, 120 N. Y. Supp. 1147.

---

STICKLES et al. v. MILLER et al. (Supreme Court, Appellate Division, Third Department. March 25, 1910.) Action by Gertrude M. Stickles and others against Wilbur Miller and others.
PER CURIAM. Motion granted, unless within 20 days from the service of a copy of this order and notice of entry thereof the appellant serves his papers upon appeal and pays to the respondent $10 costs, in which case, motion denied, without costs.

---

STORK, Respondent, v. LYMBER, Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Reinhard Stork against John D. Lymber. No opinion. Motion to dismiss appeal granted, with costs. There is nothing to indicate that the new evidence was discovered after the judgment was voluntarily paid. See, also, 134 App. Div. 987, 119 N. Y. Supp. 1146.

---

In re SUGARMAN. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) In the matter of Mark Sugarman, an attorney. No opinion. Proceedings dismissed, with the admonition of the court, however, that the respondent must be careful not to offend again.

---

TALLEY et al. v. JAMES EVERARD'S BREWERIES. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by John J. Talley and others against James Everard's Breweries. No opinion. Motion for stay denied, with $10 costs. Order filed. See, also, 116 N. Y. Supp. 657.

---

In re TAYLOR. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) In the matter of James Taylor, an attorney. No opinion. Proceedings referred to Paul Grout, Esq., to investigate and report, with his opinion, and Edward A. Freshman, Esq., as representative of the Brooklyn Bar Association, assigned to prosecute.

---

TAYLOR v. BACON. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Catherine Taylor against Alexander S. Bacon. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

TAYLOR v. EMMET et al. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Josephine W. Taylor against Alice W. Emmet and others. N. S. Spencer, for appellants. G. Zabriskie, for respondent Taylor. J. H. Hammond, for respondents Whitney and others. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 122 N. Y. Supp. 66.

---

THOMPSON v. BROOKSIDE REALTY CO. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Frederick A. Thompson against the Brookside Realty Company. No opinion. Motion for stay denied, with $10 costs. Order filed.

---

THOMSON, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Olaf Thomson against the Board of Education of the City of New York. No opinion. Motion for leave to appeal to the Court of Appeals granted. See, also, 121 N. Y. Supp. 491.

---

TITLE GUARANTEE & TRUST CO., Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) In the matter of supplementary proceedings in the action of the Title Guarantee and Trust Company against Max Brown. No opinion. Motion denied, without costs. See, also, 121 N. Y. Supp. 891.